# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA, for the use and benefit of MMC MECHANICAL CONTRACTORS, INC., a Nebraska corporation;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TURTLE CREEK CONSTRUCTION, LLC,** a Nebraska limited liability company; and **MID-CONTINENT CASUALTY COMPANY,** an Oklahoma insurance corporation;<br><br>**Defendants.** | **8:23CV236**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **May 20, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 18th day of April, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge
.