IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MMC MECHANICAL CONTRACTORS, INC., a Nebraska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TURTLE CREEK CONSTRUCTION, LLC, a Nebraska limited liability company; and MID-CONTINENT CASUALTY COMPANY, an Oklahoma insurance corporation,<br><br>Defendants. | 8:23CV236<br><br>ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

This case is before the Court on the parties' Stipulation for Dismissal with Prejudice, signed by counsel for each party. Filing 33. The parties stipulate to the dismissal of the parties' claim and defenses in this case with prejudice and with no award of fees or costs to any party. Filing 33 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice, Filing 33, is granted, and this case and each party's claim and defenses in it are dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 13th day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge